JULIUS BRIEFER, Respondent, v. JOSEPH A. STOLL et al., Appellants.

*Briefer* v. *Stoll*, 80 App. Div. 626, affirmed.
(Submitted January 29, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Wilson B. Brice* for appellants.

*Jacob Rieger* for respondent.

Judgment affirmed, with costs and ten per cent damages, under section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.